UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIPPE BUHANNIC
Write the full name of each plaintiff.

-against-

TRADINGSCREEN INC

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

19 CV 02915

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

2019 APR -2 PH 2:07
RECEIVED
SDNY PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __PHILIPPE RUHANNI__ is a citizen of the State of
(Plaintiff's name)

__FRANCE__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__SWITZERLAND__.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __TRADING SCREEN__, is a citizen of the State of
(Defendant's name)

__NEW YORK__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __TRADING SCREEN__, is incorporated under the laws of the State of __DELAWARE__

and has its principal place of business in the State of __NEW YORK__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__PHILIPPE__     __M__     __BUHANNIC__
First Name     Middle Initial     Last Name

__AVENTURA 3 18 ROUTE DES CREUVIDD,__ ~~_____~~
Street Address

__VERBIER__               __1936__
County, City     State     Zip Code

__917 71 3542__     __PBUHANNIC@GMAIL.COM__
Telephone Number     Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  TRADINGSCREEN INC
First Name          Last Name

Current Job Title (or other identifying information)
1 PENN PLAZA, 46th FLOOR
Current Work Address (or other address where defendant may be served)
NEW YORK          NY          10119
County, City          State          Zip Code

Defendant 2:  _____
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3:  _____
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 4:

First Name             Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City             State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: NEW YORK

Date(s) of occurrence: APRIL 2 2019

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

EXERCIZE MY MAJORITY VOTE OF THE COMMON STOCKS OF TRADINGSCREEN

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

LOST UNDULY CONTROL OF MY COMPANY, $650M USD LOSS

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

WRITTEN CONSENT CHANGING BOARD MEMBER ORGANIZATION ANNUAL MEETING BLOCK CORPORATE TRANSACTIONS

Page 6


## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** APRIL 2 2019

**Plaintiff's Signature:** [signature]

**First Name:** PHILIPPE
**Middle Initial:** M
**Last Name:** BOHANNI C

**Street Address:** AVENUE A 312, ROUTE DES CREUX 107

**County, City:** VERBIER
**State:** SWITZERLAND
**Zip Code:** 1836

**Telephone Number:** 917 716 3542
**Email Address (if available):** PBOHANNICO@GMAIL.COM

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7